*Vernon S. Jones* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 505. BARTRON ET AL. *v.* DELAWARE RIVER JOINT TOLL BRIDGE COMMISSION. C. A. 3d Cir. Certiorari denied. *Isadore Glauberman* for petitioners. *John H. Pursel* and *Robie L. Mitchell* for respondent. *Saul N. Schechter* filed a brief for the Town of Belvidere, New Jersey, et al., as *amici curiae,* urging that the petition for a writ of certiorari be granted.

No. 509. MARSMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Herbert W. Clark* and *Nelson T. Hartson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Louise Foster* for respondent.

No. 515. BOSTON METALS Co. *v.* COMPANIA DE ASTRAL, S. A. Court of Appeals of Maryland. Certiorari denied. *Nolan P. Chipman* for petitioner. *William A. Grimes* for respondent.

No. 516. KANE, ADMINISTRATRIX, *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CORP. Supreme Court of Missouri. Certiorari denied. *Ernest D. Martin* for petitioner. *H. M. Langworthy* for respondent.

No. 517. McCATRON ET AL., DOING BUSINESS AS PRICE VALLEY LUMBER CO., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Oscar*